PROGRESSIVE EMPLOYER
MANAGEMENT COMPANY,
INC./TERRIE LOBB
CATERING, INC. and
AMTRUST NORTH AMERICA
OF FLORIDA

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D17-0687

v.

CHRISTINE GRIFFIN,

     Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from an order of the Judge of Compensation Claims
Margaret E. Sojourner, Judge.

Date of Accident:  June 14, 2014.

Ben H. Cristal, of Cristal Hanenian, Tampa, and Rayford H. Taylor of Hall Booth
Smith, P.C., Altanta, GA, for Appellants.

Bill McCabe, Longwood, and Pat T. Dicesare, Lakeland, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.